UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RET NATHAN TAYLOR, | No. 4:11-CV-05139-VEB |
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S MOTION FOR JUDGMENT,** *INTER ALIA* |
| vs. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

Having reviewed the Report and Recommendation filed by Magistrate Judge Bianchini (ECF No. 21) and no objections thereto having been filed within the time allowed, the Report and Recommendation is **ADOPTED in its entirety**.

Plaintiff's motion for summary judgment (ECF No. 12) is **GRANTED** and Defendant's motion for summary judgment (ECF No. 15) is **DENIED**. Pursuant to sentence four of 42 U.S.C. §405(g), the Commissioner's decision denying benefits is **REVERSED** and this matter is **REMANDED** to the Commissioner for payment of benefits to the Plaintiff in accordance with the applicable law.

**IT IS SO ORDERED.** The District Executive shall enter judgment accordingly and forward copies of the judgment and this order to counsel.

**DATED** this ___19th___ of February, 2014.

*s/Lonny R. Suko*

LONNY R. SUKO
Senior United States District Judge

**ORDER GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT- 1**