UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RET NATHAN TAYLOR,<br><br>    Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br><br>    Defendant. | No.  CV-11-5139-VEB<br><br>JUDGMENT IN A<br>CIVIL CASE |

**DECISION BY THE COURT:**

This action came to hearing before the court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Plaintiff's Motion for Summary Judgment is **GRANTED**.  The Commissioner's decision denying benefits is **REVERSED** and this matter is **REMANDED** to the Commissioner for payment of benefits to the Plaintiff in accordance with the applicable law.

Defendant's Motion for Summary Judgment is **DENIED**.  Judgment is entered for Plaintiff.

    DATED: February 19, 2014

                    SEAN F. McAVOY
                    Clerk of Court

                    By: *s/Penny Lamb*

1 | **JUDGMENT IN A CIVIL CASE**

Deputy Clerk

2 | JUDGMENT IN A CIVIL CASE